[No. 66837-4-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFRY DAVID SANDVIG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-01643-5, Joseph P. Wilson, J., entered February 10, 2011. *Reversed* and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Ellington and Dwyer, JJ.

[No. 66847-1-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL WARNER CORNISH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-02300-8, Ellen J. Fair, J., entered March 16, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Grosse, J.

[No. 66866-8-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT A. MEEDS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01336-0, Larry E. McKeeman, J., entered February 11, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Spearman, A.C.J., and Dwyer, J.

[No. 66925-7-I.   Division One.   July 23, 2012.]

*In the Matter of the Marriage of* CASSANDRA LYNNE SAGE, *Respondent*, and HARVEY PATRICK CHEW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-07771-7, Ronald Kessler, J., entered March 4, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Dwyer, JJ.